**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 529 MAL 2019

Respondent   :

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

v.   :

WILLIAM ALBERTO DELIZ, JR.,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.